FILED
U.S. DISTRICT COURT
BR        DIV.



# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

SEP -1 P 1:54

| | | |
|---|---|---|
| FRANCISCO OCTAVIO CASTILLO-MEJIA, | * | |
| | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-106 |
| | * | |
| v. | * | |
| | * | |
| J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16, to which Petitioner Francisco Castillo-Mejia ("Castillo-Mejia") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Castillo-Mejia's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. The Court **DENIES** Plaintiff *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED,** this _____1_____ day of _____September_____, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)